In the Matter of the Claim of JOHN FRANKLIN, Respondent, against HINKLE IRON COMPANY, Appellant. THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 24, 1931; decided April 7, 1931.)

*Jeremiah F. Connor* for appellant.

*John J. Bennett, Jr., Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.